IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Randel G  
Brown, Cynthia D  
Printed: 11/27/07

Case Number: 07 B 01143  
Judge: Hollis, Pamela S  
Filed: 1/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007  
Confirmed: April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,474.00 |  |
| Secured: |  | 4,178.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 295.59 |
| Other Funds: |  | 0.00 |
| Totals: | 5,474.00 | 5,474.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Lynch P C | Administrative | 1,000.00 | 1,000.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Union Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Aurora Loan Service | Secured | 12,973.00 | 4,178.41 |
| 5. | Asset Acceptance | Unsecured | 192.48 | 0.00 |
| 6. | American General Finance | Unsecured | 422.56 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 649.16 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 6,033.19 | 0.00 |
| 9. | B-Line LLC | Unsecured | 13,180.03 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 402.69 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,989.93 | 0.00 |
| 12. | Nicor Gas | Unsecured | 4,235.04 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 3,648.03 | 0.00 |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | AT&T Wireless | Unsecured | | No Claim Filed |
| 16. | Ameritech | Unsecured | | No Claim Filed |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | Chase | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | Elan Financial Services | Unsecured | | No Claim Filed |
| 25. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Randel G | Case Number: 07 B 01143 |
|---|---|---|
|  | Brown, Cynthia D | Judge: Hollis, Pamela S |
|  | Printed: 11/27/07 | Filed: 1/23/07 |

| 26. | Medical Collections | Unsecured |  | No Claim Filed |
|---|---|---|---|---|
| 27. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 28. | Accounts Receiveable Service | Unsecured |  | No Claim Filed |

$ 48,726.11      $ 5,178.41

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 295.59 |

$ 295.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_